SEYFARTH SHAW LLP
Christian J. Rowley (SBN 187293)
crowley@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California  94105
Telephone:  (415) 397-2823
Facsimile:  (415) 397-8549

Timothy M. Watson (SBN 20963575) (pro hac vice)
twatson@seyfarth.com
Esteban Shardonofsky (SBN 24051323) (pro hac vice)
sshardonofsky@seyfarth.com
700 Milam Street, Suite 1400
Houston, Texas 77002-2812
Telephone:     (713) 225-2300
Facsimile:     (713) 225-2340

Attorneys for Defendants
WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A., WFC HOLDINGS CORPORATION, WACHOVIA CORPORATION, and WACHOVIA BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MONIQUE PEREZ, THAXTON V. ROWE, JR., PORCELYNNE HAWTHORNE, CORRY A. WILLIAMS, ELIZABETH VILLA-MONTES, KARLA P. SALAZAR, BRIAN LYNCH, SEZGIN UNAY, JOHN SOROCENSKI, BRANDON GRZAN, JOHN K. LYNCH, JASON L. HOFFMAN, and SONA K. ANAND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A., WFC HOLDINGS CORPORATION, WACHOVIA CORPORATION, WACHOVIA BANK, N.A., and DOES 1-50, Inclusive,<br><br>Defendants. | Case No. C 14-00989 MEJ<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants, by and through their attorneys, hereby state as follows:

Defendant Wells Fargo & Company, a publicly traded company, owns, directly or indirectly, 100% of both Defendant Wells Fargo Bank, N.A. and Defendant WFC Holdings Corporation. Effective March 20, 2010, Wachovia Bank, N.A. merged with and into Wells Fargo Bank, N.A., with the resulting title Wells Fargo Bank, N.A. Wachovia Bank, N.A. no longer exists as an entity. Wells Fargo Bank, N.A. is the successor in interest to Wachovia Bank, N.A.

On December 31, 2008, Wachovia Corporation merged with and into Wells Fargo & Company, with the resulting title of Wells Fargo & Company. On October 31, 2009, Wachovia Corporation was dissolved and no longer exists as a legal entity. Wells Fargo & Company is the successor in interest to Wachovia Corporation.

Furthermore, Defendant Wells Fargo & Company states that it has no corporate parent and that no publicly held entity owns 10% or more of the stock.

DATED: April 28, 2014

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Timothy M. Watson*
Timothy M. Watson - Pro Hac Vice
Christian J. Rowley
Esteban Shardonofsky - Pro Hac Vice

Attorneys for Defendants
WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A., WFC HOLDINGS CORPORATION, WACHOVIA CORPORATION, and WACHOVIA BANK, N.A.

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 28, 2014, I caused **Defendants' Corporate Disclosure Statement** to be filed using the United States District Court for the Northern District of California's CM/ECF electronic filing system, which sent notification of such filing to all parties registered to receive notice via that service, including Plaintiffs' counsel of record listed below.

  Rhonda H. Wills
  *Appearance Pro Hac Vice*
  WILLS LAW FIRM, PLLC
  1776 Yorktown, Suite 570
  Houston, Texas 77056

  John M. Padilla
  PADILLA & RODRIGUEZ, L.L.P.
  601 South Figueroa Street, Suite 4050
  Los Angeles, California 90017

            /s/ Esteban Shardonofsky
            Esteban Shardonofsky