UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONIQUE PEREZ, et al.,

    Plaintiffs,

v.

WELLS FARGO AND CO., et al.,

    Defendants.
_____/

No. C 14-0989 PJH

**ORDER**

On June 24, 2014, plaintiffs filed a motion for conditional certification of an FLSA collective action, noticing the hearing for July 30, 2014. As the parties have not yet appeared for the initial case management conference, and no pretrial schedule has been set, the court finds that further briefing of the motion should be STAYED. The July 30, 2014 hearing date is VACATED. The court will impose a new schedule at the July 24, 2014 initial case management conference.

**IT IS SO ORDERED.**

Dated: June 26, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge