UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONIQUE PEREZ, et al.,

        Plaintiffs,                          No. C 14-0989 PJH

    v.                                   **ORDER RE CHAMBERS COPY**

WELLS FARGO AND CO., et al.,

        Defendants.

_____/

      PLEASE TAKE NOTICE that the chambers copy of defendants' administrative motion to seal (Doc. 41) was submitted in a format that is not usable by the court.

      The chambers copy is not usable because it

- ☒ consists of multiple stacks of loose paper wrapped with rubber bands;
- ☐ consists of a stack of loose paper fastened with a binder clip or a paper clip;
- ☐ is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;
- ☒ has no tabs for the voluminous exhibits;
- ☐ includes exhibits that are illegible;
- ☐ includes exhibits that are unreadable because the print is too small;
- ☐ includes text and/or footnotes in a font smaller than 12 point;
- ☐ includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal;
- ☒ includes exhibits that are not <u>attached</u> to a declaration or request for

judicial notice and are otherwise not clearly identified unidentified; and

☒ is not usable for another reason – includes separate exhibits that are individually stapled but not <u>attached</u> to a declaration or request for judicial notice, and which will be usable by the court only if the court assembles and organizes all the exhibits, which the court is unable to do.

The paper used for the above-described chambers copy has been recycled by the court. No later than July 21, 2014, defendants shall submit a chambers copy in a format that is usable by the court.

**IT IS SO ORDERED.**

Dated: July 18, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge