UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Date: July 24, 2014 (Time: 43 minute)          JUDGE:  Phyllis J. Hamilton

Case No:  C-14-989 PJH
Case Name: Perez, et al. v. Wells Fargo & Company, et al.

Attorney(s) for Plaintiff:     Rhonda Wills; John Padilla
Attorney(s) for Defendant:  Richard Alfred; Christian Rowley

Deputy Clerk:  Nichole Heuerman          Court Reporter: Not Reported

PROCEEDINGS

    Initial Case Management Conference-Held.  The pending motion to certify class (docket no. 36) is terminated.  The parties shall meet and confer regarding the proposed amended complaint that plaintiffs' counsel would like to file.  If the parties agree they shall submit a stipulation to the court.  If an agreement is not reached plaintiffs' counsel will need to file a motion to amend the complaint.  If a motion to amend needs to be filed the parties shall submit a stipulation modifying the schedule outlined below for plaintiffs' motion for FSLA condition certification.

    The court sets a briefing schedule for plaintiffs' motion for FLSA conditional certification.  The motion shall be filed by 8/1/14. The filing of the declaration with attached exhibits is deferred 30 days to give the court an opportunity to rule on the pending motion to seal.  Defense counsel shall have 90 days to take discovery and prepare the opposition to the motion.  The opposition shall be filed by 11/5/14; reply shall be filed by 11/19/14 with a hearing to be noticed for 12/10/14 at 9:00 a.m.

    Plaintiffs' counsel shall provide the court with a chart/spreadsheet within 30 days.

    The case is referred to Private ADR to be completed by 12/31/14.

    The parties are notified that class action settlements must comply, to the extent feasible, with the Procedural Guidance for Class Action Settlements found on the list of Judge Hamilton's Standing Orders and on the District Court's website under Forms/Guidelines.

**cc:  chambers**