UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE PEREZ, et al.,<br>        Plaintiffs,<br>   v.<br>WELLS FARGO & COMPANY, et al.,<br>        Defendants. | Case No.  14-cv-00989-PJH   (KAW)<br><br>ORDER TERMINATING 8/29/14 JOINT LETTERS<br><br>Dkt. Nos. 57 & 58 |

On August 29, 2014, the parties filed two joint letters concerning pending discovery disputes. (Dkt. Nos. 57 & 58.)  Upon review of the letter, the Court scheduled a telephone conference to discuss the pending disputes. (Dkt. No. 59.)

On September 5, 2014, the Court held a telephone conference to address the pending disputes and additional discovery concerns.  During the conference, the parties agreed that they were now in a better position to resolve the issues informally and would prefer to do so without court intervention.  Accordingly, the Court terminates the two joint letters.  Should the parties be ultimately unable to resolve these disputes informally, they shall submit a new joint letter that outlines the portions of the dispute upon which they agree, as well as how and why they disagree.

As discussed during the telephone conference, the parties may also find it useful to review the Northern District's Guidelines for Professional Conduct, available online at *http://cand.uscourts.gov/professional_conduct*.

IT IS SO ORDERED.

Dated: September 5, 2014

_____
KANDIS A. WESTMORE
United States Magistrate Judge