UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONIQUE PEREZ, et al.,

          Plaintiffs,

      v.

WELLS FARGO & COMPANY, et al.,

          Defendants.

Case No.  14-cv-0989-PJH

**ORDER**

Plaintiffs' motion to sever the New York claims and dismiss the California claims remains pending before the court.  Plaintiffs filed the motion on March 19, 2015, and on April 15, 2015, the court issued an order vacating the hearing and advising that it would not rule on the motion until the pleadings were settled.  On April 24, 2015, the court issued an order dismissing the second amended complaint with leave to amend. Plaintiffs filed the third amended complaint ("TAC") on May 26, 2015, and defendants filed an answer to the TAC on June 12, 2015.

In view of the modifications reflected in the TAC, plaintiffs are hereby directed to file, no later than July 8, 2015, either a revised motion to sever (to reflect the correct status of the pleadings and the case) or a statement that they wish to stand on the motion as filed.  Defendants shall respond two weeks thereafter with either an opposition to a new motion or a surreply should plaintiffs choose not to revise.

**IT IS SO ORDERED.**

Dated: June 24, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge