UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONIQUE PEREZ, et al.,

    Plaintiffs,

    v.

WELLS FARGO & COMPANY, et al.,

    Defendants.

Case No. 14-cv-00989-PJH

**ORDER DENYING MOTION FOR TELEPHONIC APPEARANCE**

    Rhonda H. Wills, counsel for plaintiffs in the above-entitled action, has filed an administrative motion seeking leave to appear by telephone at the December 9, 2015, hearing on defendants' motion to amend the answer to the third amended complaint. Defendants did not file a response.

    The motion is DENIED. The court is not equipped for telephonic appearances at motion hearings. Moreover, the docket and papers filed in this case indicate that plaintiffs are represented by counsel from two different law firms. Thus, if Ms. Wills' schedule does not permit her (or someone from her firm) to appear for plaintiffs at the hearing, plaintiffs may appear through counsel of record from the other firm.

**IT IS SO ORDERED.**

Dated: November 20, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge